ACCEPTED
01-15-00341-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/11/2015 4:39:24 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00341-CV

IN THE

FIRST COURT OF APPEALS

Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/11/2015 4:39:24 PM

CHRISTOPHER A. PRINE
Clerk

ELIZABETH A. LOUSTEAU AND BRETT CLANTON

Defendants/Appellants,

v.

JAIME L. NORIEGA AND SONIA A. NORIEGA

Plaintiffs/Appellees.

Appeal from the 151st Judicial District Court
Harris County, Texas
No. 2013-35448

APPELLEE'S THIRD MOTION FOR EXTENSION OF TIME

Marianne G. Robak, TBA 24048508
Email: mgrobak@law-crg.com
1770 St. James Place, Suite 150
CERSONSKY, ROSEN & GARCIA, P.C.
Houston, Texas 77056
Tel: (713) 600-8500; FAX (713) 600-8585
ATTORNEYS FOR APPELLANTS,
ELIZABETH A. LOUSTEAU AND BRETT
CLANTON.

Appellants brief is due on Thursday, August 13, 2015. Appellants brief is due on Thursday, August 13, 2015. To date, the clerk's record has not yet been completed. The supplementation of the record is due August 13, 2015. The documents requested from the clerk are necessary to the Appellant's Brief.

Additionally, prior to this due date, Appellants requested to consolidate this appeal with the appeal in cause number 01-15-00254-CV, as the two matters are related and the appellate points of error involve the same judgment (which was severed post-judgment by the trial court). This Court has not yet ruled on that motion. On or about July 16, 2015, this Court issued a Notice of Intent to Dismiss regarding this appeal. Appellants filed their response on July 27, 2015. To date, no ruling has been made on the motion to consolidate or the intent to dismiss matter. It is important to have a ruling on those issues before the due date for the Appellants' Brief, as a ruling either way on both motions has an impact on how the Brief is presented.

Pursuant to Texas Rule of Appellate Procedure 10.5(b), Appellants request a fourteen (14) day extension of the due date on its brief that is due in this matter, as various issues regarding this appeal, and whether it will be consolidated with 01-15-00254-CV or dismissed altogether, have yet to be determined. Namely, Appellants need to know how to reference all of the clerk's records in the Brief, as there are several for each appeal (this one and 01-15000254-CV). Therefore, Appellants request that the new due date for the appellant's brief to be filed be set for August 27, 2015, subject to the Court's ruling on whether to dismiss this appeal.

Respectfully submitted,

/s/ Marianne G. Robak
Marianne G. Robak, TBA No. 24048508

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record on this 11th day of August, 2015, as follows:

***Via electronic filing manager***
Sarahjane "SJ" Davidson Swanson
Swanson Law Firm, PLLC
310 Main, Ste. 201
Houston, TX 77056

*/s/ Marianne G. Robak*
Marianne G. Robak